## State of Maryland - Certificate of Candidacy
### Party Designated - Seeking the Nomination
### 2018 Gubernatorial General Election

| | | | |
|---|---|---|---|
| Name to Appear on Ballot | April T. Ademiluyi | Candidate Status | Seeking the Nomination |
| Name as Registered for Voting | April Ademiluyi | | |
| Name for Results | Ademiluyi, April T. | | |
| Office Sought | Judge of the Circuit Court | | |
| District/Circuit | Judicial Circuit 07 | | |
| Jurisdiction of Office | State of Maryland | | |
| Residential Address | 8309 MAPLE ST, LAUREL, MD 20707 | | |
| Mailing Address | 8309 Maple Street, Laurel, MD 20707 | | |
| Contact Phone | (443) 393-3984 | Public Phone | (443) 393-3984 |
| Email | votejudgeapril@gmail.com | Fax | (443) 393-3984 |
| County of Residence | Prince George's County | | |
| Election District and Precinct | 10012 | Party Affiliation | JUDICIAL |
| Date of Birth | 4/25/1981 | Gender | F |
| Candidate URL | www.votejudgeapril.com | Facebook | https://www.facebook.com/electaprilademiluyi |
| Twitter | @aprilademiluyi | Other Social Media | |

I have carefully reviewed the information above and affirm that it is correct and accurate.

---

I, APRIL ADEMILUYI, am filing for the office of Judge of the Circuit Court in Judicial Circuit 07 and request that my name appear as, April Ademiluyi, on the official Gubernatorial General ballot to be used in the 2018 Gubernatorial General Election on November 6, 2018 as a candidate seeking nomination of the JUDICIAL Party.

**I hereby certify under the penalty of perjury that the following is true:**

> The ballot name listed above is my legal name or a name supported by an affidavit filed at this time under penalty of perjury.
> I will not be a candidate for any other public office.
> I am not a treasurer or campaign manager for any candidate or Maryland political committee.
> I am a registered voter and a citizen of Maryland and meet all the requirements for the above listed office.
> I understand that my signature authorizes the board of elections to change my voter registration record to the information provided above.
> I understand that final acceptance of this certificate depends upon verification of the information provided by me.
> If filing as a state or local candidate, I have an active authorized candidate campaign committee.
> I am in compliance with all campaign finance reporting requirements under Title 13 of the Election Law Article.
> The filing fee for the above-mentioned office has been paid.

RECEIVED JUN 18 2018 STATE BOARD OF ELECTIONS

6/18/18
Date of this Certificate

Signature of Candidate

Subscribed and sworn before me this _18_ day of _June_, _2018_.

For Board Use Only
[ ] Financial Disclosure
[ ] Statement of Organization
[ ] Filing Fee

Witnessed by Election Office

## State of Maryland - Certificate of Candidacy
### Party Designated - Active
### 2018 Gubernatorial General Election

| | | | |
|---|---|---|---|
| Name to Appear on Ballot | April T. Ademiluyi | Candidate Status | Active |
| Name as Registered for Voting | APRIL ADEMILUYI | | |
| Name for Results | Ademiluyi, April T. | | |
| Office Sought | Judge of the Circuit Court | | |
| District/Circuit | Judicial Circuit 07 | | |
| Jurisdiction of Office | State of Maryland | | |
| Residential Address | 8309 MAPLE ST, LAUREL, MD 20707 | | |
| Mailing Address | 8309 Maple Street, Laurel, MD 20707 | | |
| Contact Phone | (443) 393-3984 | Public Phone | (443) 393-3984 |
| Email | votejudgeapril@gmail.com | Fax | (443) 393-3984 |
| County of Residence | Prince George's County | | |
| Election District and Precinct | 10012 | Party Affiliation | JUDICIAL |
| Date of Birth | 4/25/1981 | Gender | F |
| Candidate URL | www.votejudgeapril.com | Facebook | https://www.facebook.com/electaprilademiluyi |
| Twitter | @aprilademiluyi | Other Social Media | |

APRIL ADEMILUYI has met the requirements for filing for office.

6/18/18
Date of this Certificate

_[signature]_
Witnessed by Election Office

RECEIVED
JUN 18 2018
STATE BOARD OF ELECTIONS

# State of Maryland
## Candidate Information Sheet

Candidate ID: 10249
Voter ID: 6039968

This form is a worksheet and not an official document. The Certificate of Candidacy is the official document. This document is provided only to expedite the filing process.

*Shaded boxes are for Board use only.*

| Field | Value | | |
|---|---|---|---|
| Election Year | 2018 | ☐ Primary  ☒ General | |
| Office Sought | JUDGE CIRCUIT COURT | District (Running In) | ☐ |
| Congressional Only | District (Living In) | Initial | ☐ |
| Party Affiliation | DEMOCRAT | | ☒ |
| Legal Name (As Registered to Vote) | APRIL ~~Oluwaseyi~~ TENIADE ADEMILUYI | | |
| | ☐ Same as Registered to Vote | | |
| Name to Appear on Ballot | APRIL T. ADEMILUYI   April Ademiluyi | | |
| Date of Birth | 4/25/81 | ☒ | Gender ☐ Male  ☒ Female |
| Contact Phone (For Board Use) | 443 393 3984 | Public Phone | 443 393 3984  ☐ N/A |
| E-Mail | ~~apriltademiluyi~~ VOTEJUDGEAPRIL@GMAIL.COM | | |
| Candidate Website URL | www.votejudgeapril.com | | ☐ N/A |
| Facebook Page | www.facebook.com/electaprilademiluyi | | ☐ N/A |
| Twitter Page | @APRILADEMILUYI | | ☐ N/A |
| Other Social Media | | | ☒ N/A |
| County of Residence | PRINCE GEORGES | | ☒ |
| Residence Address (Number, Street, City, Zip) | 8309 MAPLE STREET LAUREL, MD 20707 | | ☒ |
| Mailing Address | ☒ Same as Residence | | |

**For Board Use Only**

Place a ✓ in each box if the required forms have been provided and after you verify the above information:
☒ Financial Disclosure   ☐ Statement of Organization   ☒ Identification   ☒ Filing Fee
Ethics Employee _____   ☐ Ethics E-mail Receipt  paper
Method of Payment _____ ☒ Visa   ☐ MasterCard   ☐ Check # _____
Election District 10   Precinct 12   CCF ID# 010/1310
☐ Alternate Name Affidavit   FEC ID# _____
SBE Staff _____   LBE Staff/MDVoters _____   (SBE only)

SBE/CCF Form # 5-304 IS  Revised 10/4/2017

# State of Maryland
## Certificate of Nomination or Designation

We, the undersigned officers of the Party Central Committee, hereby certify that we have followed the process required by Maryland Election Law and our party's Constitution and By-laws and hereby nominate the following person, affiliated with our party, except for judicial candidates, for the office sought:

### Candidate Information

| Field | Value | | |
|---|---|---|---|
| Name of Candidate | April Ademiluyi | | |
| Election Year | 2018 | ☐ Primary | ☒ General |
| Office Sought | Prince Georges County Circuit Court Judge | ☐ Local ☐ Federal ☒ State | |
| District | 7 | | |
| Residence Address | 8309 MAPLE ST, LAUREL, MD 20707 | | |
| County of Residence (or Baltimore City) | Prince Georges | | |
| Election District or Ward | 10 | Precinct | 10012 |
| Party Affiliation | DEMOCRAT | | |

### Authorizing Party Officers

| | | |
|---|---|---|
| Central Committee #1 | Libertarian Party of Maryland | District: |
| Chairman Signature | [signature] | Date: 15 June 2018 |
| Secretary Signature | [signature] | Date: 15 June 2018 |
| Date of Meeting | 7 June 2018 | |

If applicable:

| | | |
|---|---|---|
| Central Committee #2 | | District: |
| Chairman Signature | | Date: |
| Secretary Signature | | Date: |
| Date of Meeting | | |

If applicable:

| | | |
|---|---|---|
| Central Committee #3 | | District: |
| Chairman Signature | | Date: |
| Secretary Signature | | Date: |
| Date of Meeting | | |

RECEIVED JUN 18 2018 STATE BOARD OF ELECTIONS

Maryland State Board of Elections
Division of Candidacy and Campaign Finance
P.O. Box 6486 ● 151 West Street, Suite 200 ● Annapolis, MD 21401-0486
410-269-2880 ● 800-222-8683 ● MD Relay 800-735-2258
www.elections.state.md.us

SBE/CCF-Form #5-703-901-1001-1003 Revised 07/2007

# Candidate Proofing Checklist

| Candidate Name | Candidate ID # | Voter ID # |
|---|---|---|
| April Teniade Ademiluyi | 10249 | 6039968 |

- ☒ Election
- ☒ Office Sought
    - ☐ *County/District Disclaimer* completed — N/A
    - ☐ *County/District Disclaimer* attached
- ☒ Ballot Name
    - ☒ Spelling
    - ☒ Character spacing
    - ☒ Capitalization
    - ☐ Hyphen — N/A
    - ☒ Middle initial(s) with periods — N/A
    - ☐ Suffix — N/A
    - ☐ Alternate name with quotes — N/A
        - ☐ Matches the *Affidavit of Alternate Name*
        - ☐ *Affidavit of Alternate Name* attached
- ☒ DOB
- ☒ Gender
- ☒ VR Name
- ☒ Rpt Name
- ☒ District/Circuit
- ☒ County of Residence
- ☒ Residential Address — N/A
- ☒ Mailing Address
    - ☒ Address with upper and lowercase letters
- ☒ Party Affiliation
    - ☒ Judge of the Circuit Court is Judicial — N/A
    - ☐ Board of Education is Non Partisan — N/A
- ☒ Status is Active
- ☒ Audio

| CORRECT PROOF | INCORRECT PROOF | CORRECTED PROOF |
|---|---|---|
| Proofer's Initials _____ | Proofer's Initials AD | Proofer's Initials _____ |
| Date _____ | Date 7/2/18 | Date _____ |
| | Filer's Initials [signature] | |
| | Date 7/2/18 | |