**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| **LIBERTARIAN PARTY OF MARYLAND** | |
| Plaintiff | |
| **v.** | |
| **MARYLAND STATE BOARD OF ELECTIONS AND** | |
| **LINDA LAMONE, ADMINISTRATOR,, MARYLAND STATE BOARD OF ELECTION** | **Case No.   1:18CV02825-GLR** |

**EMERGENY MOTION TO SUPPLEMENT EMERGENCY MOTION TO STAY THE STAY STATE COURT PROCEEDINGS AND THE PRELIMINARY INJUNCTION**

The Libertarian Party of Maryland, moves this court, through its undersigned counsel, to supplement the original Motion to Stay the State Court Proceedings to apprise this Court of a change in relevant procedural events, since the filing of the motion.  Plaintiff states the following:

1. The Circuit Court for Calvert County has set a final hearing for a determination of the merits of the pending state case for Friday at 11:30 am.

2. Assistant Attorney General, Andrea Trento, attorney for the State Board of Elections and its Administrator Linda Lamone, has agreed to waive service and will be responding to the emergency motion to stay the state court proceedings. See Exhibit emails between Counsel and Andrea Trento.

3. As of now, Plaintiff's nominee has been removed from the general election ballot.

4. Today in the state court proceedings, Assistant Attorney General, Andrea Trento stated to the Circuit Court that the final day for the State Board of Elections to restore Plaintiff's nominee to the general election ballot is close of business Friday, September 14, 2018.

Respectfully submitted,

/s/April T. Ademiluyi

April Ademiluyi, Esq. .(Bar No 29141)
The Law Office of April T. Ademiliuyi
PO BOX 1248
Laurel, MD 20725
Ph: 443-393-3984
Fax: 443-393-0416
lawofficeata@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on September 12, 2018 via cmecf and email to all attorneys of record for the Defendants.

Respectfully submitted,

/s/April T. Ademiluyi

April Ademiluyi, Esq. .(Bar No 29141)
The Law Office of April T. Ademiliuyi

PO BOX 1248
Laurel, MD 20725
Ph: 443-393-3984
Fax: 443-393-0416
lawofficeata@gmail.com