AprilAdemiluyi <lawofficeata@gmail.com>

## 1983 Complaint Service

**Trento, Andrea** <atrento@oag.state.md.us>  Wed, Sep 12, 2018 at 1:43 PM
To: April Ademiluyi <lawofficeata@gmail.com>
Cc: Allen Dyer <Aldyer@lawlab.com>

April – I have been authorized to waive service.

I have another filing due in federal court today, but I will file a response to your motion to stay as soon as I can after that.

Thanks,

Andrea

**From:** April Ademiluyi <lawofficeata@gmail.com>
**Sent:** Wednesday, September 12, 2018 12:20 PM
**To:** Trento, Andrea <atrento@oag.state.md.us>
**Cc:** Allen Dyer <Aldyer@lawlab.com>
**Subject:** Re: 1983 Complaint Service

[Quoted text hidden]