IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

CHIZOBA EGBUONU, *et al.*　　　:
　　　　　　　　　　　　　　　:
　　　　Petitioners,　　　　　　　:
　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　:　　Case No.: CAL18-26458
　　　　　　　　　　　　　　　:
LINDA H. LAMONE, *et al.*　　　　:
　　　　　　　　　　　　　　　:
　　　　Respondents　　　　　　:
_____:

## DECLARATORY JUDGMENT

This matter having come before the Court for trial on September 14, 2018, testimony having been taken and evidence presented, and all parties having appearing with counsel, and Petitioners having requested Declaratory Judgment, it is this _____ day of _____, 2018, by the Circuit Court for Prince George's County, Maryland, hereby

ADJUDGED, ORDERED, AND DECREED that the Certificate of Nomination of the Libertarian Party nominating April Ademiluyi as a candidate for the office of Judge of the Circuit Court for Prince George's County is inconsistent with statutory requirements and thus is invalid, null, and void; and it is further

ADJUDGED, ORDERED, AND DECREED that the Certificate of Candidacy of the Libertarian Party nominating April Ademiluyi as a candidate for the office of Judge of the Circuit Court for Prince George's County does not comport with the statutory requirements and thus is invalid, null, and void; and it is further

ADJUDGED, ORDERED, AND DECREED that the nomination and candidacy of Respondent April Ademiluyi fails to comply with the statutory requirements imposed under the Election Article of the Maryland Code.

ADJUDGED, ORDERED, AND DECREED that the State Board of Elections must strike the name of April Ademiluyi from the 2018 general election ballot as a candidate for Judge of the Circuit Court for Prince George's County.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JUDGE