IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND BALTIMORE DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF MARYLAND<br><br>Plaintiff<br>v.<br><br>MARYLAND STATE BOARD OF ELECTIONS AND<br><br>LINDA LAMONE, ADMINISTRATOR,, MARYLAND STATE BOARD OF ELECTIONS<br><br>Defendants | Case No.   1:18CV02825-GLR |

**REPLY TO OPPOSITION OF THE
EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

Plaintiff, MDLP, submits this reply in response to the Defendants' opposition to MDLP's motion for preliminary injunction. A memorandum of law, affidavits verifying the complaint, and emails between counsel are attached to this reply.

Respectfully submitted,

/s/April T. Ademiluyi

April Ademiluyi, Esq. .(Bar No 29141)
The Law Office of April T. Ademiliuyi
PO BOX 1248
Laurel, MD 20725
Ph: 443-393-3984
Fax: 443-393-0416
lawofficeata@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on September 19, 2018 via cmecf and email to all attorneys of record for the Defendants.

/s/April T. Ademiluyi

April Ademiluyi, Esq. .(Bar No 29141)
The Law Office of April T. Ademiliuyi
PO BOX 1248
Laurel, MD 20725
Ph: 443-393-3984
Fax: 443-393-0416
lawofficeata@gmail.com