IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF MARYLAND, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.  GLR-18-2825 |
| LINDA H. LAMONE, et al., | * | |
| Defendants. | * | |

*****

## ORDER

The Court, having conducted a hearing on Plaintiff Libertarian Party of Maryland's (the "Party") Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 9), finds, for reasons stated on the record, including but not limited to that the Party fails to demonstrate a clear likelihood of success on the merits in this matter, the Motion is hereby DENIED.  It is further ordered that the Party's Emergency Motion to Stay State Court Proceedings and Preliminary Injunction (ECF No. 2) and Emergency Motion to Supplement Emergency Motion to Stay the State Court Proceedings and the Preliminary Injunction (ECF No. 6) are DENIED AS MOOT.

SO ORDERED this 20th day of September 2018.

/s/
_____
George L. Russell III
United States District Judge