# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND BALTIMORE DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF MARYLAND<br><br>Plaintiff<br><br>v.<br><br>MARYLAND STATE BOARD OF ELECTIONS AND<br><br>LINDA LAMONE, ADMINISTRATOR,, MARYLAND STATE BOARD OF ELECTIONS<br><br>Defendants | <br><br><br><br><br><br><br><br><br>Case No. 1:18CV02825-GLR |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Libertarian Party of Maryland, through their undersigned counsel, with no answer filed, pursuant to Rule 41(a)(1)(A)(i), enters a voluntary dismissal of the above captioned case.

Respectfully Submitted,

/s/ April Ademiluyi

April Ademiluyi, Esq.
The Law Office of April T. Ademiliuyi
PO BOX 1248
Laurel, MD 20725
Ph: 443-393-3984
Fax: 443-393-0416
lawofficeata@gmail.com

APPROVED THIS 5th DAY OF November 2018

/s/ George L. Russell
GEORGE L. RUSSELL, III, U.S.D.J.